IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO.  09-60938-CIV-COHN/SELTZER

FIRST FASHION USA, INC.  :
:
    Plaintiff,  :
vs.  :
:
BEST HAIR REPLACEMENT  :
MANUFACTURERS, INC.,  :
EDWARD S. SMITH, JR.,  :
HAIR BY MAIL, INC.,  :
BARBARA CUTSUMBIS,  :
ANTHONY B. KILLINGS,  :
PC SOLUTIONS OF SOUTH FLORIDA,  :
INC., and  :
KENNETH B. HEILMAN,  :
:
    Defendants.  :
:
_____/

### FINAL ORDER OF DISMISSAL AS TO
### PC SOLUTIONS OF SOUTH FLORIDA, INC. AND KENNETH B. HEILMAN
### ONLY

In consideration of the Joint Stipulation for Order of Dismissal filed by the Parties, it is

ORDERED AND ADJUDGED as follows:

1.    The Court accepts the Joint Stipulation filed by the Parties.

2.    Within two business days of the entry of this Order, Defendants PC Solutions and Heilman shall transfer the domain name registrations for suncrestii.com

1

and hairbymail.com (the "Domain Name Registrations") to First Fashion (administrative contact: Ms. Adrianne Robinson).

3. Defendants PC Solutions and Heilman shall also comply with the Court's Order dated July 1, 2009 requiring production of documents, including, but not limited to, production of all current and archived electronic versions of all websites hosted or associated with the Domain Name Registrations and all current and historical brochures bearing the SUNCREST and HAIR BY MAIL marks (the "Marks"), and appearance for deposition.

4. Defendants PC Solutions and Heilman shall forever cease and desist from using the Marks, including all formative variations thereof, and agree to forever cease and desist from registering any domain names containing the Marks or any formative variations thereof.

5. Defendants PC Solutions and Heilman are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

6. The Court retains jurisdiction over Defendants PC Solutions and Heilman for purposes of enforcing this Order.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 16th day of July, 2009.

*James I. Cohn*
United States District Judge

Copies furnished to:

Matthew S. Nelles, Esq.
Ruden, McClosky, Smith, Schuster & Russell, P.A.
200 East Broward Blvd., Suite 1500
P.O. Box 1900 (33302)
Ft. Lauderdale, FL 33301
Attorneys for Plaintiff

PC Solutions of South Florida, Inc.
and Kenneth B. Heilman
4980 N.W. 165 Street, A3
Miami Gardens, FL   33014

Craig S. Kirsch, Esq.
Alcoba & Associates, P.A.
3399 NW 72nd Ave, Ste. 211
Miami, Florida 33122-1343
(Counsel for Best Hair and Smith)

Hair By Mail, Inc. and
Barbara Cutsumbis
1487 NE 177 Street
North Miami Beach, FL  33162

Anthony Killings
1487 NE 177 Street
North Miami Beach, FL  33162