IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION CASE NO. 09-60938-CIV-COHN/SELTZER

FIRST FASHION USA, INC.

    Plaintiff,
vs.

BEST HAIR REPLACEMENT
MANUFACTURERS, INC.,
EDWARD S. SMITH, JR.,
HAIR BY MAIL, INC.,
BARBARA CUTSUMBIS,
ANTHONY B. KILLINGS,
PC SOLUTIONS OF SOUTH FLORIDA,
INC., and
KENNETH B. HEILMAN,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AS TO
## HAIR BY MAIL, INC., BARBARA CUTSUMBIS AND ANTHONY B. KILLINGS ONLY

In consideration of the Joint Stipulation for Order of Dismissal filed by the Parties, it is

ORDERED AND ADJUDGED as follows:

1. The Court accepts the Joint Stipulation filed by the Parties.

2. Within fourteen (14) business days of the entry of this Order, Defendant Hair By Mail, Inc. ("HBM"), by and through Defendant Barbara Cutsumbis, shall: a) execute and deliver to Plaintiff, First Fashion, the Assignment of Florida Trademark Registration attached as Exhibit A to the Joint Stipulation; b) execute and deliver to Plaintiff, First Fashion, for filing with the Florida Secretary of State, the Articles of Dissolution of HBM attached as Exhibit B to the Joint

Stipulation; c) terminate and cancel all HBM Email Accounts as defined in the Joint Stipulation and provide to Plaintiff, First Fashion, written verification of same from each email service provider; d) destroy all labels, signs, prints, packages, wrappers, receptacles, invoices, letterhead, business cards, stationary, and advertisements bearing the HAIR BY MAIL Mark (the "HBM Mark") and all formative variations thereof, including, but not limited to, "Hair By Mia" and "H.B.M."; e) terminate and cancel all telephone directory listings and advertisements under the HBM Mark and all formative variations thereof, including, but not limited to, HBM's current AT&T listings under "Hair by Mail" and "H.B.M."; and f) furnish to Plaintiff, First Fashion, the executed Declaration of Compliance attached as Exhibit C to the Joint Stipulation.

3. Defendants HBM, Cutsumbis and Killings shall forever cease and desist from using the HBM Mark and all formative variations thereof, including, but not limited to, "Hair By Mia" and "H.B.M.", and agree to forever cease and desist from registering any domain name or email account containing the HBM Mark or any formative variation thereof.

4. Defendants, HBM, Cutsumbis and Killings are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

5. The Court retains jurisdiction over HBM, Cutsumbis and Killings for purposes of enforcing this Order.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 16th day of July, 2009.

James I. Cohn
United States District Judge

Copies furnished to:
Matthew

2

Matthew S. Nelles, Esq.
Ruden, McClosky, Smith, Schuster & Russell, P.A.
200 East Broward Blvd., Suite 1500
P.O. Box 1900 (33302)
Ft. Lauderdale, FL 33301
Attorneys for Plaintiff, First Fashion

Craig S. Kirsch, Esq.
Alcoba & Associates, P.A.
3399 NW 72nd Ave, Ste. 211
Miami, Florida 33122-1343
(Counsel for Best Hair and Smith)

Hair By Mail, Inc. and
Barbara Cutsumbis
1487 NE 177 Street
North Miami Beach, FL 33162

Anthony Killings
1487 NE 177 Street
North Miami Beach, FL 33162

PC Solutions of South Florida, Inc.
4980 N.W. 165 Street, A3
Miami Gardens, FL 33014

Kenneth B. Heilman
4980 N.W. 165 Street, A3
Miami Gardens, FL 33014